DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**APOLLO MUNITIONS RESEARCH, INC.,** a Florida corporation, and
**BRUCE A. BERNSTEIN,**
Appellants,

v.

**GRAY FOX AVIATION AND LOGISTICS, INC.,** a Florida corporation,
**DALE SCOTT WOOD** and **JAMES PARENT,**
Appellees.

No. 4D19-1726

[February 27, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. CACE18-018508 (07).

John J. Shahady of Shahady & Wurtenberger, P.A., Fort Lauderdale, for appellants.

Eric Pendergraft and John E. Page of Shraiberg, Landau & Page, P.A., Boca Raton, for appellees Gray Fox Aviation and Logistics, Inc., and Dale Scott Wood.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***